IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KYRIAKOS DALAMAGKAS §<br>    *Plaintiff*, §<br> §<br>v. §<br> §<br>THE UNIVERSITY OF TEXAS HEALTH §<br>SCIENCE CENTER AT HOUSTON; §<br>BOARD OF REGENTS OF THE §<br>UNIVERSITY OF TEXAS SYSTEMS; §<br>THE UNIVERSITY OF TEXAS SYSTEM §<br>MEDICAL FOUNDATION; JOEL E. §<br>FRONTERA, M.D.; MARGARET §<br>UTHMAN, M.D.; DEANA K. MOYLAN, §<br>    *Defendants*. §<br> § | Civil Action No. 4:19-cv-02262 |

## PARTIES' JOINT NOTICE

The Parties respectfully file this Joint Notice to explain the current posture of the litigation and the Parties' proposal for next steps in this matter.

On September 3, 2019, the Court held a telephonic hearing on Plaintiff's Application for Temporary Restraining Order (Doc. 16). The Court denied the application, *see* Minute Entry (Sept. 4, 2019), and set a hearing on the issue of accommodations for October 4, 2019 at 10:00 a.m. *See id.*

In the following weeks, the parties engaged in expedited discovery. Plaintiff took the deposition of Defendant Joel Frontera, M.D., and Defendants deposed Plaintiff and his partner, Madgalini Tsintou. The parties also exchanged thousands of documents in discovery.

On October 1, 2019, undersigned counsel for Defendants sent counsel for Plaintiff the below email, which included the following representations:

> 1) UTHealth plans to extend Dr. Dalamagkas a contract as a PGY-3 from November 1, 2019, through June 30, 2020, contingent on him meeting program requirements (i.e., he is still subject to the Residency Handbook).
> 2) As of November 1, 2019, Dr. Dalamagkas's current probation will be complete, and [UTHealth] will report this fact to the Texas Medical Board along with his contract extension as a PGY-3 through June 2020. This same information will be reported, as needed, to the ECFMG for immigration purposes.
> 3) [UTHealth] will continue to engage in the interactive process to reasonably accommodate Dr. Dalamagkas. Options that UTHealth is committed to actively exploring include hiring a new Medical Assistant or hiring a qualified scribe.
> 4) [UTHealth] do[es] not believe a Physician Assistant or a Physician Assistant student is a reasonable accommodation under these circumstances.

UTHealth also noted that it is "open to discussing settlement," but only outside of the context of hearings on immediate injunctive relief.

Counsel for Plaintiff notified counsel for Defendants that she wished to cancel the October 4 hearing and "not to refile any requests for PI relief barring any unusual circumstances (ex sudden decision to dismiss him or remove assistant altogether)."[1] Counsel for Plaintiff then contacted the Court's case manager to request that the hearing be cancelled.

The Parties' current deadlines are as follows: Plaintiff must file an amended complaint by October 11, 2019, and Defendants must file a responsive pleading to Plaintiff's original complaint (Doc. 1), should no amended complaint be filed, by October 18, 2019. The Parties propose that Plaintiff's deadline to file an amended complaint be extended for a period of thirty (30) days, and that Defendants' deadline to file a responsive pleading be extended for a period of forty-five (45) days, so that the Parties can focus on settlement discussions. The parties agree to promptly contact Judge Palermo's chambers to determine her availability to assist with the settlement process, with the goal of reaching a preliminary agreement (subject to final approvals) by November 15, 2019.

---

[1] Counsel for Plaintiff also represented that she will confer with counsel for Defendants before filing any request for injunctive relief. The parties have also conferred and agree that a potential offer for Plaintiff to join a fellowship program alone does not constitute "unusual circumstances" justifying a motion for injunctive relief.

2

A proposed order reflecting this relief is filed with this joint notice.

Date: October 2, 2019				Respectfully submitted.

						KEN PAXTON
						Attorney General of Texas

						JEFFREY C. MATEER
						First Assistant Attorney General

						DARREN L. MCCARTY
						Deputy Attorney General for Civil Litigation

						THOMAS A. ALBRIGHT
						Chief, General Litigation Division

						*/s/ Michael R. Abrams*
						MICHAEL R. ABRAMS
						Texas Bar No. 24087072
						Southern District ID No. 2513900
						ENRIQUE M. VARELA
						Texas Bar No. 24043971
						Southern District ID No. 597626
						Assistant Attorneys General
						Office of the Attorney General
						General Litigation Division -019
						P.O. Box 12548, Capitol Station
						Austin, Texas 78711-2548
						Phone: 512-463-2120
						Fax: 512-320-0667
						michael.abrams@oag.texas.gov
						enrique.varela@oag.texas.gov

						Cynthia Akatugba *(Pro Hac Vice)*
						Texas Bar No. 24087083
						Assistant Attorney General
						Office of the Attorney General
						General Litigation Division -019
						P.O. Box 12548, Capitol Station
						Austin, Texas 78711-2548
						Phone: 512-463-2120
						Fax: 512-320-0667
						Cynthia.Akatugba@oag.texas.gov

						***Counsel for Defendants***

*/s/ Karla Epperson (with permission)*
Karla Epperson
KARLA EVANS EPPERSON LAW PLLC
6629 Brompton Rd.
Houston, TX 77005
Telephone: (713) 775-8785
Karla@keelawtx.com

Brian H. Tew
TEW LAW FIRM
5020 Montrose Blvd., Suite 700
Houston, TX 77006
Telephone: (713) 523-1477
brian@doctoratty.com

***ATTORNEYS FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing document has served through the Court's CM/ECF Notification System on October 2, 2019, to the following:

 Karla Epperson (Lead Counsel)
 KARLA EVANS EPPERSON LAW PLLC
 6629 Brompton Rd.
 Houston, TX 77005
 Telephone: (713) 775-8785
 Karla@keelawtx.com

 Brian H. Tew (Of Counsel)
 TEW LAW FIRM
 5020 Montrose Blvd., Suite 700
 Houston, TX 77006
 Telephone: (713) 523-1477
 brian@doctoratty.com

           */s/ Michael R. Abrams*
           MICHAEL R. ABRAMS
           Assistant Attorney General