United States District Court
Southern District of Texas
**ENTERED**
October 25, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KYRIAKOS DALAMAGKAS, § § Plaintiff, § VS. § UNIVERSITY OF TEXAS HEALTH § SCIENCE CENTER AT HOUSTON, *et al*, § § Defendants. § | CIVIL ACTION NO. 4:19-CV-2262 |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been informed by e-mail that all claims pending in this lawsuit have been settled. The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within sixty (60) days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** sixty (60) days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 25th day of October, 2019.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE